# EXHIBIT B

*Hallen Specialties, Inc. v.  Consol Energy, Inc.*


Claim Chart of United States Patent No. 8,028,824

Asserted Claims: 1, 4, 5, 10, 11, 19, 20, 21

| Patent No. 8,028,824 | Accused Products Demonstrative |
|---|---|
| **Claim 1 of the '824 Patent** <br> 1. A method of repairing a conveyor belt roller support system wherein the system includes at least one roller support integral to a system base, the method comprising: | An entire "conveyor belt roller support system" is comprised of multiple "roller support assemblies." A representative roller support system with integral "roller supports integral to a system base" is shown below: <br><br>  <br><br> Repairing the "conveyor belt roller support system"  is inherent in the Defendant's use of the Accused Product. |
|  removing at least one system roller support from the system base; | Removing one roller support from the system base is a necessary step in the process of repairing the over-all system. <br> The Accused Device is designed to replace a previously removed roller support: <br><br>  |

| | |
|---|---|
| positioning a replacement roller support assembly on the system base wherein an opening in an assembly base and an assembly roller support above the opening for each system roller support removed are aligned with the location of the removed roller support; | The Accused Product includes a removable roller support assembly which is placed on the system base. The assembly base (e.g., the base of the bracket below) and assembly roller support are placed in the position of the previous roller support assembly. This is completed by aligning the new support assembly around the remnants of the previous "system roller support." (referred to as "stubs" in the '824 Patent).<br><br> |
| securing the assembly base to the system base; and |  |

| attaching a roller to the assembly roller support; | The roller is attached to the assembly roller support as shown below: |
|---|---|
| |   Roller Support |
| wherein the system roller support is removed such as to leave a stub extending from the system base into the opening in the assembly base after positioning the support assembly. | An opening in the system base of the Accused Product permits the remaining portion of the previously broken or cut "system roller support" (aka "stubs" in the '824 Patent) to extend upward into the new "system roller support:"  "Stub"of the old roller support permitted to extend into opening |
| **Claim 4 of the '824 Patent**<br><br>The method of claim 1, wherein assembly base is secured to the system base by a fastener extending through a pair of holes each in a leg of the assembly base. |  A fastener extends through ...  a pair of holes in each "leg" |

*Hallen Specialties, Inc. v. Consol Energy, Inc.*
Illustrative Claim Chart of United States Patent No. 8,028,824

| **<mark>Claim 5 of the '824 Patent</mark>** | Inherent in Defendant's use of the Accused Product is the existence of a damaged roller support. The conveyor belt roller support system includes a plurality of rollers as shown below: |
|---|---|
| 5. A replacement roller support assembly for a conveyor belt roller support system wherein the system includes a plurality of rollers and at least one damaged roller support integral to a system base, the assembly comprising: |  Roller    Roller    Roller    System Base    Damaged Roller Supports now removed  Accused Product is a replacement roller support assembly (right) for a conveyor belt support system (above). |

*Hallen Specialties, Inc. v. Consol Energy, Inc.*
Illustrative Claim Chart of United States Patent No. 8,028,824

| an assembly base shaped to rest on a top of the system base, the assembly base defining an opening for receiving said damaged system roller support when said assembly base rests on the top of the system base; |    |
|---|---|

Assembly base is shaped to rest on system base

Assembly base defining an opening for receiving said damaged (now reduced to a "stub") system roller support

Assembly base rests on system base

Assembly Base

System Base

| | |
|---|---|
| an assembly roller support defining a recess for engaging one of the rollers, the assembly roller support and the recess disposed above said opening relative to said system base and above said system base such that the opening is disposed between said recess and said base when said assembly base rests on the top of the system base and such that recess and opening align with said damaged system roller support when said assembly base rests on the top of the system base. |  |
| **Claim 10 of the '824 Patent**<br>10. The assembly of claim 5, wherein the assembly base includes a pair of parallel legs at each end and the legs include aligned apertures for receiving a fastener extending across the legs to secure the assembly base to the system base. |  |

| | |
|---|---|
| **Claim 11 of the '824 Patent**<br><br>11. The assembly of claim 10, wherein the apertures are on a portion of the leg spaced from a portion of the leg aligned with the opening. |  |
| <span style="background-color:yellow">**Claim 19 of the '824 Patent**</span><br><br>19. A method of repairing a conveyor belt roller support system wherein the system includes at least one damaged or removed roller support integral to a system base, and wherein the system roller support is removed such as to leave a stub, the method comprising: | An entire "conveyor belt roller support system" is comprised of multiple "roller support assemblies." A representative roller support system with integral "roller supports integral to a system base" is shown below:<br><br><br><br> |

*Hallen Specialties, Inc. v. Consol Energy, Inc.*
Illustrative Claim Chart of United States Patent No. 8,028,824

| | |
|---|---|
| positioning a replacement roller support assembly on the system base wherein an assembly roller support of the roller support assembly is aligned with a position of the stub; |  The Accused Product is a replacement roller support assembly that is positioned on the system base, and is aligned with a position of the stub |
| securing an assembly base of the roller support assembly to the system base; and |  System Base / Assembly Base / The assembly base can be secured any number of ways, but here it is secured by bolts, nuts, and washers: |
| attaching a roller of the conveyor belt roller support system to the assembly roller support. | The roller is attached to the assembly roller support as shown below:<br> Assembly Roller Support  Roller |

*Hallen Specialties, Inc. v. Consol Energy, Inc.*
Illustrative Claim Chart of United States Patent No. 8,028,824

| Claim 20 of the '824 Patent | An entire "conveyor belt roller support system" is comprised of a plurality of rollers and "roller support assemblies." A representative conveyor belt roller support system is shown. These supports are sometimes damaged during use. |
|---|---|
| 20. A **replacement roller support assembly** for a conveyor belt roller support system wherein the system includes a plurality of rollers and a system base having a position where a roller support of the system has been damaged or removed, the assembly comprising: |  System Base <br><br>  The Accused Product is a "replacement roller support assembly" |
| an assembly base shaped to rest on a top of the system base, the assembly base defining an opening disposed above said position when the assembly base is secured to the top of the system base; |  Assembly base is shaped to rest on system base — Assembly Base <br><br> Assembly base defines an **opening** above the position when the assembly base is **secured** to the top of the system base  Assembly Base |

*Hallen Specialties, Inc. v. Consol Energy, Inc.*
Illustrative Claim Chart of United States Patent No. 8,028,824

| | |
|---|---|
| an assembly roller support defining a recess for engaging one of the rollers, the assembly roller support and the recess disposed above and being in alignment with said opening and said position when the assembly base is secured to the top of the system base; and |  |
| a **fastener for securing** the assembly base to the system base. | |



| **Claim 21 of the '824 Patent** | An entire "conveyor belt roller support system" is comprised of a plurality of rollers. A representative roller support system with integral "roller supports integral to a system base" is shown below: |
|---|---|
| 21. A replacement roller support assembly for a conveyor belt roller support system wherein the system includes a plurality of rollers and system base having a position where a roller support has been damaged or removed, the assembly comprising: |   Inherent in the use of the Accused Product is the occurrence of a broken roller support (here reduced to a "stub" as described above). |

*Hallen Specialties, Inc. v. Consol Energy, Inc.*
Illustrative Claim Chart of United States Patent No. 8,028,824

| an assembly base shaped to rest on a top of the system base, the assembly base defining an opening disposed above and aligned with said position when the assembly base is secured to the top of the system base; |  |

Assembly base is "shaped to rest" on top of the system base

Assembly base "defines an opening" that is aligned in position of the previously damaged roller support (now a "stub") when the assembly base is secured to the top of the system base

*Hallen Specialties, Inc. v.  Consol Energy, Inc.*
Illustrative Claim Chart of United States Patent No. 8,028,824

13

an assembly roller support disposed on the assembly base defining a recess for engaging one of the rollers above said system base, the assembly roller support and recess **...**



… configured to align with said opening and said position above said system base when the assembly base is secured to the system base,



*Hallen Specialties, Inc. v. Consol Energy, Inc.*
Illustrative Claim Chart of United States Patent No. 8,028,824

14

| the assembly roller support including parallel legs defining aligned apertures; and | <br>...defining aligned apertures<br>Assembly roller support includes parallel legs ... |
|---|---|
| \ | |
| a fastener receivable by the aligned apertures for securing the assembly base to the system base. | <br>The aligned aperatures receive a fastener (here a bolt, nut, and washer configuration) to secure the assembly base to system base |

*Hallen Specialties, Inc. v. Consol Energy, Inc.*
Illustrative Claim Chart of United States Patent No. 8,028,824