Honorable Thomas M. Durkin

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLIOIS
EASTERN DIVISION

| | |
|---|---|
| HALLEN SPECIALTIES, INC., Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 15-cv-8475 ) ) |
| CONSOL ENERGY, INC., Defendant. | ) ) ) PLAINTIFF'S STIPULATED ) REQUEST FOR VOLUNTARY ) DISMISSAL WITH PREJUDICE ) ) ) ) ) |

Plaintiff Hallen Specialites, Inc., pursuant to agreement between the parties, hereby requests dismissal of its claims against Defendant Consol Energy, Inc. with prejudice under Fed R. Civ. P. 41(a)(2). Consent to dismissal has been obtained from counsel for the Defendant and this request is unopposed.

Each party shall bear its own costs and fees.

Dated this 12$^h$ day of July, 2016.

Respectfully submitted,

 /s/ Philip P. Mann
Philip P. Mann, WSBA No: 28860
**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, Washington 98101
(206) 436-0900

Fax (866) 341-5140
*phil@mannlawgroup.com*

Andrew Theodore Staes
Stephen David Scallan
**STAES & SCALLAN, P.C.**
111 W. Washington, Suite 1631
Chicago, IL 60602
Tel: 312-201-8969
andrewstaes@covad.net
stevescallan@covad.net

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the day indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that have appeared in this matter.

Executed on July 12, 2016.

                                                      */s/ Philip P. Mann*  
                                                     Philip P. Mann